# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

**FILED**

MAY 12 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRB

UNITED STATES OF AMERICA,

V.

**CR 15 259**

KRISINDA MESSER

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 1344 – Bank Fraud
18 U.S.C. § 1028A – Aggravated Identity Theft
26 U.S.C. § 7206(1) – Filing False Tax Return
18 U.S.C. § 982(a)(2)(A)

A true bill.

_____ Foreman

Filed in open court this ___29th___ day of

___May 2015___.

Ada Means, Clerk

Bail, $ ___Summons for 5/28/15 before the duty magistrate___

Jacqueline Scott Corley
United States Magistrate Judge

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1344 – Bank Fraud
18 U.S.C. § 1028A – Aggravated Identity Theft
26 U.S.C. § 7206(1) – Filing False Tax Return
18 U.S.C. § 982(a)(2)(A) - Criminal Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: PLEASE SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
SAN FRANCISCO DIVISION

FILED
MAY 12 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**

▶ KRISINDA MESSER

DISTRICT COURT NUMBER
CR 15 259 CRB

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Thomas Moore, AUSA, Tax Div.

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☒ No   } If "Yes" give date filed _____

DATE OF ARREST ▶   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

FILED

Attachment to Indictment Penalty Sheet
KRISINDA MESSER

MAY 12 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

18 U.S.C. § 1344 (2) - Bank Fraud
   - 30 years prison
   - $1,000,000 fine or twice the gain/loss from the offense, whichever is greater
   - 5 years supervised release
   - $100 special assessment

CRB

18 U.S.C. § 1028A - Aggravated Identity Theft  
   - 2 years prison - consecutive to underlying felony
   - $100 special assessment

CR  15  259

26 U.S.C. § 7206(1) - Filing False Tax Returns
   - 1 year prison
   - $250,000 fine or twice the gain/loss from the offense, whichever is greater
   - 3 years supervised release
   - $100 special assessment

MELINDA HAAG (CABN 132612)
United States Attorney

FILED

MAY 12 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KRISINDA MESSER, <br><br> Defendant. | CASE NO. CR 15 259 <br><br> VIOLATIONS: 18 U.S.C. § 1344 – Bank Fraud; 18 U.S.C. § 1028A – Aggravated Identity Theft; 26 U.S.C. § 7206(1) – Filing False Tax Return; 18 U.S.C. § 982(a)(2)(A) – Criminal Forfeiture <br><br> SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

1. KRISINDA MESSER (MESSER) resided in Pacifica, California, at all relevant times.

2. From 2007 to 2011, MESSER was employed as a bookkeeper by a San Francisco, California company whose initials are J.A.E., Inc. (J.A.E.).

3. MESSER, as J.A.E.'s bookkeeper, was supervised from 2007 to 2011 by an individual whose initials are A.M.

4. J.A.E. maintained an account at Bank of America, N.A. (Bank of America) from 2007 through 2011. A.M. was the only person with signatory authority over J.A.E.'s bank account. MESSER did not have signatory authority over J.A.E.'s Bank of America account.

5. MESSER had signatory authority over an account at Wells Fargo Bank, N.A. (Wells Fargo), held in the name American Backflow Company (ABC). ABC provided no goods or services to J.A.E. ABC was a company owned by a member of MESSER'S family.

6. A "means of identification" includes any name or number that may be used, alone or in conjunction with other information, to identify a specific individual, including a name, Social Security number, or date of birth.

COUNTS ONE THROUGH TWELVE: (18 U.S.C. § 1344(2) – Bank Fraud)

7. Paragraphs 1 through 6 are re-alleged and incorporated by reference as though fully set forth herein.

8. From on or about May 12, 2008, to on or about August 31, 2011, within the Northern District of California and elsewhere, the defendant,

KRISINDA MESSER,

knowingly and with intent to defraud executed a scheme and artifice to defraud Wells Fargo, a federally chartered and insured financial institution, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of Wells Fargo, by means of material false and fraudulent pretenses, representations, promises and the concealment of material facts, in part by drafting checks payable to another entity from the account of J.A.E., then forging the signature of a person authorized to issue such checks, and depositing such checks into a bank account under her control, without J.A.E.'s knowledge or consent under the false pretense that she had the authority to do so, knowing said deposits to be without J.A.E.'s knowledge or consent.

THE SCHEME AND ARTIFICE

9. As part of the scheme to defraud Wells Fargo, MESSER deposited or caused to be deposited into the ABC account at Wells Fargo the J.A.E. checks payable to ABC, on which she forged A.M.'s signature under the material false pretense or misrepresentation that A.M. authorized her to make such forged checks and deposits.

THE DEPOSITS

10. On or about the dates listed below, for the purpose of executing the scheme described above, MESSER deposited and caused to be deposited to a Wells Fargo account under her control a

1  J.A.E. check which she forged with A.M.'s name, described below for each count, each action
2  constituting a separate count:

| COUNT | DATE OF DEPOSIT | MEMO ENTRY | DEPOSIT |
|---|---|---|---|
| 1 | 10/15/2008 | No entry | check 21141 for $4,920.72 |
| 2 | 10/27/2008 | Work on T3 refrigerator unit | check 21184 for $4,835.87 |
| 3 | 11/03/2008 | New Compressor and Maintenance in T1 | check 21193for $5,864.07 |
| 4 | 05/27/2009 | New Plexi doors on bev case | check 22054 for $2,853.40 |
| 5 | 06/05/2009 | Installation of new plexi doors | check 22079 for $2,863.45 |
| 6 | 06/25/2009 | New Panini Grill | check 22186 for $2,487.00 |
| 7 | 08/06/2010 | Material And Drawings | check 23776 for $4,126.55 |
| 8 | 09/16/2010 | T1 & T3 | check 23977for $3,568.20 |
| 9 | 12/15/2010 | Repair – T3 | check 24241for $3,852.60 |
| 10 | 01/06/2011 | T1-Dec | check 24377 for $3,258.52 |
| 11 | 01/14/2011 | Repairs T1 | check 24442 for $3,962.33 |
| 12 | 05/06/2011 | T3 | check 24730 for $4,152.66 |

12       Each in violation of Title 18, United States Code Section 1344.

13  **COUNTS THIRTEEN THROUGH SIXTEEN**: (18 U.S.C. § 1028A(a)(1) - Aggravated Identity Theft)

14       11.     Paragraphs 1 through 10 are re-alleged and incorporated by reference as though fully set
15  forth herein.

16       12.     On or about the dates identified below, within the Northern District of California, the
17  defendant,

18                                 KRISINDA MESSER,

19  during and in relation to a felony violation of Title 18, United States Code Section 1344 (bank fraud), as
20  described in the related counts identified below, knowingly transferred, possessed and used without
21  lawful authority a means of identification of another person whose initials are A.M.:

| COUNT | DATE OF OFFENSE | RELATED COUNT |
|---|---|---|
| 13 | 08/06/2010 | Count 7 |
| 14 | 09/16/2010 | Count 8 |
| 15 | 01/06/2011 | Count 10 |
| 16 | 05/06/2011 | Count 12 |

26       Each in violation of Title 18, United States Code Section 1028A(a)(1).
27  //
28  //

Indictment                                            3

**COUNT SEVENTEEN**: (26 U.S.C. § 7206(1) - Making and Subscribing False Tax Returns)

13. On or about April 15, 2010, in the Northern District of California,

KRISINDA MESSER,

a resident of Pacifica, California, did willfully make and subscribe a Form 1040 U.S. Individual Income Tax Return, for the calendar year 2009, which was verified by a written declaration that it was made under the penalties of perjury and which she did not believe to be true and correct as to every material matter in that the return failed to disclose income received from her embezzlement activities. MESSER then and there well knew and believed that she was required by law and regulation to disclose the income derived from her embezzlement activities.

All in violation of Title 26, United States Code, Section 7206(1).

**COUNT EIGHTEEN**: (26 U.S.C. § 7206(1) - Making and Subscribing False Tax Returns)

14. On or about April 15, 2011, in the Northern District of California,

KRISINDA MESSER,

a resident of Pacifica, California, did willfully make and subscribe a Form 1040 U.S. Individual Income Tax Return, for the calendar year 2010, which was verified by a written declaration that it was made under the penalties of perjury and which she did not believe to be true and correct as to every material matter in that the return failed to disclose income received from her embezzlement activities. MESSER then and there well knew and believed that she was required by law and regulation to disclose the income derived from her embezzlement activities.

All in violation of Title 26, United States Code, Section 7206(1).

**COUNT NINETEEN**: (26 U.S.C. § 7206(1) - Making and Subscribing False Tax Returns)

15. On or about April 16, 2012, in the Northern District of California,

KRISINDA MESSER,

a resident of Pacifica, California, did willfully make and subscribe a Form 1040A U.S. Individual Income Tax Return, for the calendar year 2011, which was verified by a written declaration that it was made under the penalties of perjury and which she did not believe to be true and correct as to every material matter in that the return failed to disclose income received from her embezzlement activities. MESSER then and there well knew and believed that she was required by law and regulation to disclose

1 | the income she derived from her embezzlement activities.

2 | All in violation of Title 26, United States Code, Section 7206(1).

3 | FORFEITURE ALLEGATION: (18 U.S.C. § 982(a)(2)(A))

4 | 16. The allegations contained in Counts One through Twelve of this Indictment are re-alleged

5 | and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the

6 | provisions of Title 18, United States Code, Section 982(a)(2)(A).

7 | 17. Upon conviction of any of the offenses alleged in Count One through Twelve of this

8 | Indictment, the defendant,

9 | KRISINDA MESSER,

10 | shall forfeit to the United States of America pursuant to Title 18, United States Code, Section

11 | 982(a)(2)(A), any property, real or personal, which constitutes or is derived from proceeds traceable to

12 | the offenses.

13 | 18. If, as a result of any act or omission of the defendant, any of said property

14 | a) cannot be located upon the exercise of due diligence;

15 | b) has been transferred or sold to or deposited with, a third person;

16 | c) has been placed beyond the jurisdiction of the Court;

17 | d) has been substantially diminished in value; or

18 | e) has been commingled with other property which cannot be divided without

19 | difficulty;

20 | the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

21 | United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1)

22 | and Title 28, United States Code, Section 2461(c).

23 | //

24 | //

25 | //

26 | //

27 | //

28 | //

Indictment 5

All pursuant to Title 18, United States Code, Section 982(a)(2)(A) and Title 28, United States Code, Section 2461(c).

A True Bill

DATED: 5/12/15

_____
FOREPERSON

MELINDA HAAG
United States Attorney

_____
PHILIP A. GUENTERT
Deputy Chief, Criminal Division

Approved as to Form

_____
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division

Indictment                                  6