MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

JENNIFER A. TOLKOFF (CABN 287945)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Email: jennifer.tolkoff@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR-15-00259 CRB |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE OF |
| v. | ) | GOVERNMENT ATTORNEY |
| | ) | |
| KRISINDA MESSER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Please take notice that Special Assistant United States Attorney whose name, address, telephone

number and e-mail address are listed below is appearing for the government:

JENNIFER A. TOLKOFF (CABN 287945)
Special Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
Email: jennifer.tolkoff@usdoj.gov

///

///

NOTICE OF APPEARANCE OF GOVERNMENT ATTORNEY
CR-15-00259 CRB

1       The Clerk is requested to change the docket sheet and other court records so as to reflect that all

2  orders and communications from the court will in the future include SAUSA Jennifer A. Tolkoff at the

3  above mailing address, telephone number, facsimile number and e-mail address.

4

5  Dated: May 13, 2015                  Respectfully submitted,

6                                MELINDA HAAG
                                 United States Attorney

7

8

9                                 _____/s/_____
                                 JENNIFER A. TOLKOFF
                               Special Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28