STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant MESSER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-15-CR-00259-CRB |
| Plaintiff, ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM NOVEMBER 18, 2015 THROUGH DECEMBER 9, 2015 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A)) |
| v. ) | |
| KRISINDA MESSER, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS CONFERENCE, presently scheduled at 2:00 p.m. on November 18, 2015, before the Honorable Charles R. Breyer, be rescheduled for December 9, 2015 at 2:00 p.m.. The parties agree and stipulate that defense counsel needs time to meet with her client to go over discovery in the case and that an exclusion of time under the Speedy Trial Act for effective preparation of counsel is warranted pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) between November 18, 2015 and December 9, 2015. In addition, this case has recently been reassigned in the United States Attorney's Office and new counsel has recently entered a notice of appearance. This additionally justifies the requested continuance from the government's perspective.

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR-15-00259 CRB

1

Undersigned defense counsel represents that she has emailed with her client, and that she agrees to the continuance and to time being excluded as requested.

The parties agree, and the Court finds and holds, as follows:

1. The defendant agrees to an exclusion of time under the Speedy Trial Act from November 18, 2015 through December 9, 2015, based upon the need for effective preparation of counsel and to provide the defendant an opportunity to review discovery and prepare the case for further disposition.

2. Counsel for the defendant believes that the exclusion of time is in the defendant's best interest.

3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from November 18, 2015 to December 9, 2015 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. Accordingly, and with the consent of the defendant, the Court orders that the period from November 18, 2015 to December 9, 2015 shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: November 18, 2015         /s/
                                 ELIZABETH FALK
                                 Attorney for Defendant Krisinda Messer

DATED: November 18, 2015         /s/
                                 CYNTHIA STIER
                                 Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: November 19, 2015         
                                 HON. CHARLES R. BREYER
                                 United States District Judge

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR-15-00259 CRB

2