1  **DOUGLAS I. HORNGRAD**
   **Attorney at Law**
2  (State Bar No. 95086)
   Maybeck Building Four
3  1736 Stockton Street
   San Francisco CA 94133-2926
4  Phone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  **KRISINDA MESSER**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-15-CR-00259-CRB: |
| ) | |
| Plaintiff, ) | ORDER AND |
| ) | STIPULATION EXCLUDING |
| v. ) | TIME FROM DECEMBER 14, |
| ) | 2016 TO FEBRUARY 22, 2017 |
| KRISINDA MESSER, ) | FROM THE SPEEDY TRIAL |
| ) | ACT CALCULATION (18 |
| Defendant. ) | U.S.C. § 3161(h)(7)(A)) |
| _____ ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status conference, presently scheduled at 2:00 p.m. on December 14, 2016, before the Honorable Charles R. Breyer, be rescheduled for February 22, 2017 at 2:00 p.m. The parties agree and stipulate that defense counsel needs an exclusion of time under the Speedy Trial Act for effective preparation and continuity of counsel, which is warranted pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The court vacated the December 14, 2016 status conference, and Mr. Horngrad is out of the country on January 18, 2017, the next available date. The next available date for counsel and the court is February 22, 2017. Therefore, for the effective assistance of counsel, counsel requests an extension until February 22, 2017.

Undersigned defense counsel represents that he has emailed with his client, and she agrees to the continuance and to time being excluded as requested.

The parties agree, and the Court finds and holds, as follows:

1. The defendant agrees to an exclusion of time under the Speedy Trial Act from December 14, 2016 to February 22, 2017, based upon the need for effective preparation and continuity of counsel.

2. Counsel for the defendant believes that the exclusion of time is in the defendant's best interest.

3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from December 14, 2016 to February 22, 2017 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. Accordingly, and with the consent of the defendant, the Court orders that the period from December 14, 2016 to February 22, 2017 shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO STIPULATED:

DATE: December 7, 2016           _____/s/_____
                                 DOUGLAS I. HORNGRAD
                                 Attorney for Defendant Krisinda Messer

DATE: December 7, 2016           _____/s/_____
                                 CYNTHIA STIER
                                 Assistant United States Attorney

ORDER

The Court hereby changes the status hearing scheduled for December 14, 2016 to February 22, 2017. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between December 14, 2016 to February 22, 2017 would unreasonably deprive the defendant of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between December 14, 2016 to February 22, 2017 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between December 14, 2016 to February 22, 2017 shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) and (B)(iv).

**IT IS SO ORDERED.**

DATED:   12/7/2016

HON. CHARLES BREYER
United States District Judge